

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| EDGAR CARDENAS, | § | No. 08-18-00083-CR |
| Appellant, | § | Appeal from the |
| v. | § | 346th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20180D01708) |
|  | § |  |

**O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **December 8, 2018.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BECONSIDERED BY THIS COURT.

It is further ORDERED that Mary Elizabeth Bonney, Official Court Reporter for the 346th District Court, for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered cause and forward the same to this Court on or before December 8, 2018.

IT IS SO ORDERED this 8th day of November, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.